## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

AKIRA S. LEWIS,                          )
                                         )
                    Plaintiff,           )
                                         )          Case No. 2:19-CV-02636-KHV-KGG
v.                                       )
                                         )
CITY OF LAWRENCE, KANSAS, et al.,        )
                                         )
                    Defendants.          )

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST
## DEFENDANT OFFICER IAN McCANN

COMES NOW Defendant Officer Ian McCann, by and through counsel of record, and hereby moves the Court to Dismiss the claims made against him in Plaintiff's Petition – Count IV (Battery) and Count V (Negligent Infliction of Emotional Distress) – pursuant to Fed. R. Civ. P. 12(b)(6), because (1) Officer McCann is entitled to immunity under the discretionary function exception as set forth in the Kansas Tort Claims Act, and (2) Plaintiff has failed to state a claim upon which relief can be granted.   Officer McCann incorporates herein by reference his Memorandum in Support.

WHEREFORE, Defendant Officer Ian McCann moves for an Order from this Court dismissing this action with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), and for such other relief this Court finds just and equitable.

Respectfully submitted,

/s/ Sean M. Sturdivan
Sean M. Sturdivan          KS #21286
Elizabeth Evers Guerra      KS #22580
Jacob D. Bielenberg         KS #27601
SANDERS WARREN RUSSELL & SCHEER LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS  66210
Phone: 913-234-6100 Fax: 913-234-6199
s.sturdivan@swrsllp.com
e.evers@swrsllp.com
j.bielenberg@swrsllp.com
**ATTORNEYS FOR CITY OF LAWRENCE,**
**KANSAS,LAWRENCE POLICE DEPARTMENT,**
**CHIEF GREGORY BURNS, AND**
 **IAN MCCANN**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Shaye L. Downing
Danielle N. Davey
SLOAN, EISENBARTH, GLASSMAN,
MCENTIRE & JARBOE, L.L.C.
900 Massachusetts, Suite 200
Lawrence, KS  66044
Phone: 785-842-6311
Fax: 785-842-6312
sdowning@sloanlawfirm.com
ddavey@sloanlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

/s/ Sean M. Sturdivan
**ATTORNEY**