IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AKIRA S. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-CV-02636-KHV-KGG |
| ) | |
| CITY OF LAWRENCE, KANSAS, et. al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Fed. Rule of Civil Pro. 15(a), the plaintiff, Akira S. Lewis, hereby moves the court for leave to file an amended complaint. In support of this motion, the plaintiff shows the court the following:

1. The court has not yet entered a scheduling order establishing the deadline for filing motions to amend the pleadings.

2. Rule 15 instructs that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2); *accord Bd. of Educ. for Gallup-McKinley Cty. Sch. v. Henderson*, No. 16-2011, 2017 WL 2661693, at *3 (10th Cir. June 19, 2017) ("If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits.") (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962))). Because claims should be decided on their merits instead of "procedural niceties," leave should be liberally granted. *Hardin v. Manitowoc–Forsythe Corp.*, 691 F.2d 449, 456 (10th Cir. 1982).

2

3. Accordingly, Plaintiff seeks leave to amend his Complaint—for the first time—to clarify and more specifically plead his claims and to remove Chief Gregory Burns, who Plaintiff has voluntarily dismissed from the case.

4. Defendants will not suffer undue delay or be prejudiced by the allowance of this Amended Complaint.

5. Counsel for Defendants has been consulted but has not indicated whether Defendants have any objection to the request.

6. A copy of the proposed Amended Complaint is attached.

For the reasons above, the plaintiff's motion for leave to file an amended complaint should be granted.

                Respectfully submitted,

                SLOAN, EISENBARTH, GLASSMAN,
                   MCENTIRE & JARBOE, LLC
                534 S. Kansas Avenue, Ste 1000
                Topeka, KS 66603-3456
                Phone: (785) 357-6311
                Fax:    (785) 357-0152

                By:   s/Danielle N.Davey_____
                      Danielle N. Davey, KS #24205
                      ddavey@sloanlawfirm.com
                      Shaye L. Downing, KS #22152
                      sdowning@sloanlawfirm.com
                      **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2020, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Sean M. Sturdivan
Elizabeth Evers Guerra
Jacob D. Bielenberg
SANDERS WARREN RUSSELL & SCHEER, LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
Phone:  913-234-6100
Fax:  913-234-6199
s.sturdivan@swrsllp.com
e.evers@swrsllp.com
j.bielenberg@swrsllp.com
Attorneys for City of Lawrence,
Chief Gregory Burns and Ian McCann

                /s/ Danielle N. Davey
                Shaye L. Downing, #22152
                Danielle N. Davey, #24205