## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| AKIRA S. LEWIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-02636-KHV |
| | ) | |
| CITY OF LAWRENCE, KANSAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff, Akira S. Lewis, by and through his attorneys of record, Shaye L. Downing and Danielle N. Davey of Sloan, Eisenbarth, Glassman, McEntire & Jarboe, LLC and Defendant, City of Lawrence, Kansas, by and through its attorneys of record, Sean Sturdivan and Elizabeth Evers Guerra of Sanders Warren Russell & Scheer, LLP, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate that Plaintiff's claims against the City of Lawrence, Kansas, Lawrence Police Department and Brindley Blood should be dismissed with prejudice.

SLOAN, EISENBARTH, GLASSMAN,
   MCENTIRE & JARBOE, LLC
900 Massachusetts, Suite 200
Lawrence, KS 66044
(785) 842-6311
(785) 842-6312 fax

BY /s/Danielle N. Davey
Shaye L. Downing, #
sdowning@sloanlawfirm.com
Danielle N. Davey, #24205
ddavey@sloanlawfirm.com
Attorneys for Plaintiff

SANDERS WARREN RUSSELL &
   SCHEER, LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, KS 66210
(913) 234-6100
(913) 234-6199 fax

BY /s/Sean M. Sturdivan
Sean M. Sturdivan, #21286
s.sturdivan@swrsllp.com
Elizabeth Evers Guerra, #22580
e.evers@swrsllp.com